# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **K.S., et al.,** | ) | **CASE NO. 1:13 CV 91** |
| **Plaintiffs-Appellants,** | ) | |
| v. | ) | **JUDGE DONALD C. NUGENT** |
| **STRONGSVILLE CITY SCHOOL DISTRICT,** | ) | |
| **Defendant-Appellee.** | ) | **JUDGMENT** |

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, Plaintiffs' Motion for Judgment on the Administrative Record (Docket #21) is DENIED. The decisions of the IHO and SLRO are hereby AFFIRMED. Costs to be borne by Plaintiffs.

IT IS SO ORDERED.

                                           s/Donald C. Nugent
                                           DONALD C. NUGENT
                                           United States District Judge

DATED: May 30, 2014